IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>ARNOLD HAILASSIE,<br><br>               Defendant. | 2:03-cr-0336-GEB<br><br>ORDER |

Defendant's motion to amend judgment filed on May 24, 2006, is denied.

Dated: May 26, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge